**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 99-cr-00312-EWN-01

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

SONJA K. DURAN,

  Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

  On January 24, 2006, the probation officer submitted a petition for early termination of supervised release in this case.  On January 31, 2006, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service.  The petition was served on the United States on January 31, 2006, and on February 1, 2006, Assistant United States Attorney James Boma responded with no objection to the proposed relief.  Accordingly, it is

  **ORDERED** that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

  **DATED** at Denver, Colorado, this 6th day of February, 2006.

           BY THE COURT:


           <u>s/ Edward W. Nottingham</u>
           EDWARD W. NOTTINGHAM
           United States District Judge